AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

SEALED

**FILED**
**Apr 13, 2026**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America
v.
Ricardo LANDEROS

*Defendant(s)*

Case No. 1:26-mj-00041-SAB

## CRIMINAL COMPLAINT BY RELIABLE ELECTRONIC OR TELEPHONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 28 - April 1, 2026 in the county of Fresno and Stanislaus in the Eastern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 922(g)(1) | Possession of Firearm by a Felon<br><br>Maximum Penalty:<br>15 years' imprisonment<br>$250,000 fine<br>3 years' supervised release<br>$100 special assessment |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Cortland Collins
*Complainant's signature*

Cortland Collins, ATF Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone

Date: **Apr 10, 2026**

Stanley A. Boone
*Judge's signature*

City and state: Fresno, California

Hon. Stanley A. Boone, US Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO LANDEROS,<br><br>Defendant. | CASE NO.<br><br>AFFIDAVIT OF SPECIAL AGENT CORTLAND G. COLLINS |

I, Cortland G. Collins, being sworn, depose and state the following:

## I. INTRODUCTION

1. This Affidavit is in support of an arrest warrant for Ricardo LANDEROS (DOB: 01/07/1987) (hereinafter referred to as LANDEROS) for violation of Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm.

2. The information contained in this Affidavit is based upon my personal observations and training and, where noted, information related to me by other law enforcement officers and/or agents.

3. As stated further in this Affidavit, law enforcement officers have gathered evidence to support probable cause that LANDEROS unlawfully possessed a firearm.

## II. AFFIANT'S BACKGROUND

4. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF)

and have been so employed since August of 2021. I am currently assigned to the ATF Fresno Field Office, specializing in investigations involving the illegal possession of firearms and other federal offenses involving firearms. In 2021, I completed the Criminal Investigator Training Program (CITP) at the Federal Law Enforcement Training Center (FLETC) in Brunswick, Georgia, in which I received the Director's Leadership Award. In 2022 I completed Special Agent Basic Training (SABT) at the ATF National Academy, at FLETC.

5. Prior to my employment with ATF, I was a sworn peace officer in the state of California, beginning in December of 2015. During that time, I was employed by the Fresno County Sheriff's Office (FSO) where I was assigned as a patrol deputy throughout the county. I was assigned to the Detective Bureau in February of 2017, where I worked on the Fresno County Multi Agency Gang Enforcement Consortium (MAGEC), where I conducted and assisted in complex gang investigations with other local, state, and federal agencies. These investigations involved crimes including homicide, unlawful firearm possession, assaults, robbery, drug trafficking, firearms trafficking, murder for hire, burglaries, and other crimes committed by gang members throughout Fresno County and surrounding areas.

6. Prior to my employment with the Fresno County Sheriff's Office, I served in the United States Marine Corps as an Infantry Rifleman for four years. During my service, I was attached to Marine Corps Special Operations Command (MARSOC) for approximately two years. I deployed overseas on two separate occasions in support of the 13th Marine Expeditionary Unit (MEU), Operation Lantern Piston in the Philippine Islands, Operation Enduring Freedom in Afghanistan, the 31'st MEU, and Korean Defense. During my time overseas I carried numerous weapon systems in hostile environments. Additionally, I participated in the training of over 200 Philippine Marines in combat triage, urban tactics, marksmanship fundamentals, and proficient weapons employment. I currently hold a Bachelor of Science degree in Criminology and Restorative Justice, and graduated Magna Cum Laude from Fresno Pacific University.

## III. PROBABLE CAUSE

7. On March 28, 2026, at approximately 1642 hours, Burlington Northern Sante Fe (BNSF) employees noticed a burglary in progress on at least one of their train cars. A passing train crew noticed multiple subjects breaking into a container on the victim train. When reported, the train was located in Fresno County, approximately 13 miles south of the city of Fresno, and 95 miles north of the city of Bakersfield. The closest cross streets of the train's location were S. Willow Avenue and E. Conejo Ave. This train was traveling south from Stockton to Bakersfield California.

8. At approximately 1723 hours, Fresno County Sheriff's Office (FSO) Deputies arrived on scene and contacted BNSF track crew staff. Before FSO arrival, BNSF staff had located five to six crates of firearms that were left on scene. BNSF staff assisted FSO by leading them to the located firearms; FSO secured thirty GForce Arms, Jawbone Mod #GFHYB5, pistols, chambered in 9mm. As discussed fully below, these firearms were being shipped via FedEx on the train.

9. At approximately 1826 hours BNSF law enforcement personnel had the train stopped at the Bakersfield BNSF substation and attempted to locate the container that contained the firearms on the train. When the train came to a stop, agents encountered five Hispanic males who jumped off the train and ran in different directions. The five suspects jumped from different areas off the train, ranging from the front to the rear of the train. Two Kern County Sheriff's Office (KCSO) deputies arrived to assist in locating the suspects with negative results.

10. Officers searched the train and observed that all FedEx containers on the train had been breached and ransacked. Additionally, several other containers were also breached. Some of the other open containers had been shut with a partial broken seal put back in place, in an attempt to make them appear to be untampered. A total of fifteen containers were searched to locate additional suspects, and to locate the container that contained the firearms, both with negative results.

11. BNSF Engineer E.B. was the engineer operating the north bound train with BNSF Conductor H.B. They were traveling northbound at approximately 40 MPH in the area of the burglary location. As they approached the Conejo Avenue crossing, E.B. saw a tan or champagne- colored SUV parked on

the west side of the tracks. E.B. saw a heavy set, possibly Hispanic male standing next to the SUV with his back turned towards E.B. E.B. recalled a possible partial license plate of 5PRP or 5RPP. E.B. saw another male subject on the train throwing packages off a container. As they continued past the burglary in progress, E.B. saw a white SUV parked on the east side of the tracks near the rear of the victim train with a male subject dressed in all black with a black backpack standing next to that SUV.

12. BNSF employee J.R. was working as a flagger near area of Conejo Avenue, on the Bakersfield Subdivision. When J.R. was alerted via radio traffic of the burglary in progress, he drove to the area. As J.R. approached the area he could see two Hispanic male adults loading boxes into a 2000s full size SUV, possibly a Chevrolet Tahoe or Suburban. When the subjects saw J.R. they finished loading what they could, closed the back of the vehicle, got inside the vehicle and sped off at a high rate of speed northbound on the dirt road. J.R. noticed the subjects left several boxes on the ground next to the tracks. When he noticed they were firearms, he stayed next to them until they could be recovered. J.R. then noticed a small black crossover SUV arriving on the dirt road with one occupant. J.R. believed the SUV was there to retrieve the remaining firearms, when the driver saw J.R. there, the vehicle left.







Photos: Interior of ransacked train.

13. Utilizing a license plate reader database available to law enforcement, members of the investigative team located a vehicle matching the description, a beige Chevrolet Suburban bearing California license plate 5PRP338, that was in the vicinity of the train at the time of the burglary. On March 28, 2026, at 1402 hours, this Suburban was at Vincent Road and Sante Fe Avenue in Merced County, which is the location of a train crossing. At 1415 hours, this Suburban was at Santa Fe Drive and Chestnut Lane in Merced County, showing the vehicle traveling next to the train tracks, traveling the same direction as the victim train. At 1420 hours, this Suburban was at Santa Fe Drive and Wallace Road in Merced County and appeared to be making a U-turn in the middle of the roadway. This location shows the vehicle traveling next to the train tracks heading in the same direction as the victim train.

14. At 1713 hours, this Suburban was at Hanford Armona Road and 12th Avenue in the City of Hanford. This location is approximately ten minutes' drive to the BNSF substation, located between 10th and 11th Avenues, at Idaho Avenue, in the City of Hanford, where the train makes a routine stop along this route.

15. Investigators began to search for the Surburban with California license plate 5PRP338. On April 1, 2026, investigators observed the SUV parked in the driveway of the residence at 5108 Clark Street, Keyes, California.

16. While conducting surveillance, investigators saw LANDEROS leaving the residence in a white Toyota Sienna bearing California license plate 8XZD795.

17. GForce Arms was contacted by investigators, who informed them that there was one hundred Jawbone pistols on the train, which meant there was still seventy outstanding. The GForce pistols were being shipped from Reno Nevada to South Bend Indiana.

18. On April 1, 2026, a state search warrant was served at the residence. Investigators located multiple boxes in the residence matching those taken in another BNSF train burglary from two months earlier.

19. Investigators located a locked gun safe in one of the bedrooms. That bedroom contained personal indicia indicating it belonged to LANDEROS, including a court summons for LANDEROS,

addressed to him at the residence for a traffic citation in Stanislaus County. LANDEROS was not present at the time of the search warrant, but members of his family were interviewed. In the interviews, family members told agents that the gun safe in the bedroom belonged to LANDEROS.

20. The gun safe was locked so the fire department responded to breach it for investigators. The following items were located from the gun safe:

a. GForce Jawbone 9mm pistol bearing SN: JB011053
b. GForce Jawbone 9mm pistol bearing SN: JB011606
c. AR-type Privately Manufactured Firearm (PMF), Short Barreled Rifle (SBR) chambered in 5.56mm
d. Glock 19, 9mm pistol, bearing SN: BAUV197, with machine gun conversion device "Glock switch"
e. FN, Five-seven, pistol chambered in 5.7x28mm, bearing SN:386366645
f. Smith & Wesson, SW9F, 9mm pistol bearing SN: PAF3986
g. 50 Round Drum magazine in 5.56
h. 50 Round drum magazine in 9mm
i. 34 round 9mm Glock magazine
j. two 30 round 5.56 magazines
k. 20 round FN 5.7 mm magazines
l. 100 round 7.62x39mm drum magazine
m. two 34 round GForce 9mm magazines GForce Arms
n. Jawbone owner's manual
o. Approximately 1,200 rounds of assorted ammunition
p. $325,000 of US currency, total of $347,850 seized at the residence

21. The two recovered Jawbone pistols matched the serial numbers of pistols stolen from the BNSF Railway burglary on March 28, 2026.



Glock firearm with "switch" machinegun conversion device located in safe.



Recovered firearms.

22. During the search, investigators located a storage facility receipt dated the same day, April 1, 2026 for a facility in Stockton. A search warrant was later served at the facility located at 1919 Airport Way in Stockton California Units 134 and 245. The following items were located from the storage units:

a. Gforce Jawbone 9mm pistol bearing S/N JB011824

b. Gforce Jawbone 9mm pistol bearing S/N JB010709

c. Gforce Jawbone 9mm pistol bearing S/N JB011940

d. Gforce Jawbone 9mm pistol bearing S/N JB010807

e. Six 50 round boxes of Blazer CCI 9mm ammunition

23. The four Jawbone pistols recovered from the storage locker matched the serial numbers of pistols taken from the March 28, 2026 BNSF train burglary.

24. Agents searched a phone belonging to one of the house's residents and determined that the user of that phone had saved Ricardo LANDEROS in his contacts as "Trevor From Gta." Agents observed the following text messages between the user of the phone and LANDEROS: In the text messages with LANDEROS, on Saturday March 28, 2026, at 1437 hours, LANDEROS texted the user of the phone a photo of an open box containing a GForce Arms manufacturers box. The box shows a foam cutout containing the GForce Jawbone pistol inside it with a blue manufacturers trigger lock, and the GForce Arms Jawbone owners manual. The photo appears to be inside a shopping container, to the right of the box is box which appears to be secured with a yellow strap. The photo appears to be taken from inside the train car where the firearms were stolen from. The text message sent before the photo of the firearm stated, "Passing Merced". After LANDEROS sent the photo of the firearm, LANDEROS told the user of the phone, "Call me". At 1600 hours, the user of the phone sent a screenshot of an internet search of the GForce Jawbone pistol which included the price of $469.99.




Screenshot of searched phone.

25. After LANDEROS left the residence on April 1, 2026 and agents searched his residence, recovered the firearms, and interviewed members of his family, agents have been unable to locate LANDEROS. State investigators attempted to initiate a "ping", or location data search of his phone, but it appears that after the search was completed LANDEROS either turned off his phone or cancelled his service to make it more difficult for investigators to locate him. I know based on my training and experience that it is common for individuals who believe law enforcement are looking for them to avoid known locations and to change or "drop" their phone lines in order to make it more difficult for them to be found. Given the amount of cash and contraband seized from his residence and the lengthy and public nature of the search I believe that LANDEROS is actively trying to avoid apprehension by law enforcement.

26. Based on all of the above, including that the firearms were located in a safe in LANDEROS' room, his family indicated that the safe belonged to him, and I have recovered messages indicating that

LANDEROS was aware of some of the firearms recovered from the safe, I believe LANDEROS was in possession of the firearms in the safe.

27. On April 7, 2026, ATF Special Agent Sahil Sharma, who has specialized training in the manufacture, origin and identification of firearms and ammunition, verbally indicated that the Glock 19, 9mm pistol, bearing SN: BAUV197 was not manufactured in the state of California, and therefore, traveled in, and affected, interstate commerce.

28. I have reviewed the defendant's criminal history report and done further research into LANDEROS's criminal history, which indicates that the defendant has a prior felony conviction, which he knew was punishable by more than one year imprisonment. LANDEROS was convicted of California Penal Code 12025(B)(6)(A), possessing a loaded and concealed firearm on one's person, January 09, 2007, in Kern County Superior Court in case DF008009A.

## IV. CONCLUSION

29. The above facts set forth probable cause to believe that Ricardo LANDEROS violated Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm. I request that an arrest warrant be issued for LANDEROS for this violation.

Cortland Collins

Cortland G. Collins
Special Agent, Bureau of Alcohol, Tobacco,
Firearms and Explosives

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me on **Apr 10, 2026**.

Stanley A. Boone

THE HONORABLE STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE

Reviewed as to form by:

/s/ *Robert Veneman Hughes*
Robert Veneman Hughes
Assistant U.S. Attorney